# EXHIBIT "D"

| Date | Debtor | Check No. | Transferee | Amounts Received by Transferee |
|---|---|---|---|---|
| **Four Year Transfers** | | | | |
| 3/14/2017 | ESA Ltd. | 8029 * | Bryan Centola | 20,000.00 |
| **Four Year Transfers Total** | | | | **20,000.00** |

| Sort Line | Date | Debtor | Check No. | Transferee | Amounts Received by Transferee |
|---|---|---|---|---|---|
| | **Four Year Transfers** | | | | |
| 16216 | 10/26/2017 | ESA Ltd. | 2172 | Oomph Mode Inc. | 25,000.00 |
| | **Two Year Transfers** | | | | |
| 14367 | 07/30/2018 | ESA Ltd. | 3149 | Oomph Mode Inc. | 7,274.98 |
| 14801 | 12/12/2018 | ESA Ltd. | 3512 * | Oomph Mode Inc. | 3,131.00 |
| | **Two Year Transfers SUBTOTAL** | | | | **10,405.98** |
| | **Four Year Transfers Total** | | | | **35,405.98** |