Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN CENTOLA and OOMPH MODE, INC.<br><br>Defendant. | **ADVERSARY PROCEEDING**<br><br>Case No. BK-S-21-01226-ABL |

**<u>REQUEST FOR ENTRY OF DEFAULT AS TO BRYAN CENTOLA</u>**

Plaintiff Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above-captioned bankruptcy case, ("Trustee" or "Plaintiff"), by and through his counsel Zachary E. Mazur and Joseph E. Sarachek of Sarachek Law Firm, respectfully requests that the Clerk of Court enter default against Defendant Bryan Centola for his failure to answer or otherwise respond to the

Complaint pursuant to Rules 55(a) and 77(c)(2)(B) of the Federal Rules of Civil Procedure ("FRCP"), incorporated by Rule 7055 of the Federal Rules of Bankruptcy Procedure and Rule 7055 of the Local Rules of Practice for the United States Bankruptcy Court for the District of Nevada (the "Local Rules"). This Request for Entry of Default is supported by the Affidavit of Zachary E. Mazur, Esq. In Support of the Request for Entry of Default Against Bryan Centola, which is filed contemporaneously with this Court pursuant to FRCP 55(a).

Dated this 22nd day of December, 2021.

*<u>/s/ Zachary E. Mazur</u>*

Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*
*Lenard E. Schwartzer, Trustee*