Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN CENTOLA and OOMPH MODE, INC.<br><br>Defendant. | **ADVERSARY PROCEEDING**<br><br>Case No. BK-S-21-01226-ABL |

**AFFIDAVIT OF ZACHARY E. MAZUR IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AS TO OOMPH MODE, INC.**

STATE OF NEW YORK )
) ss:
COUNTY OF WESTCHESTER )

I, Zachary E. Mazur, Esq., under oath and under penalty of perjury declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York.

2. On January 8, 2021, this Court granted my "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court." [Lead Case, Dkt. no. 134].

3. I am an attorney with Sarachek Law Firm, which was approved by this court to serve as Special Litigation Counsel for Lenard E. Schwartzer, Chapter 7 Trustee of the above-captioned bankruptcy matter. [Lead Case, Dkt. no. 112].

4. I have personal knowledge of the facts set forth herein.

5. I make this Affidavit in support of Plaintiffs' Request for Clerk's Entry of Default against Defendant Oomph Mode, Inc..

6. On November 10, 2021, Plaintiff filed an Adversary Complaint for the avoidance and recovery of transfers made to Defendant in the four-year period prior to the December 20, 2019 initial petition date [Adversary Proceeding Docket No. 1] (the "Adversary Complaint").

7. On November 15, 2021, a Summons and Notice of Scheduling Conference in an Adversary Proceeding [Adversary Proceeding Docket No. 4] (the "Summons") was issued on Oomph Mode, Inc., and on November 16, 2021, the Summons and Adversary Complaint were served on Oomph Mode, Inc. via U.S. Mail pursuant to the Certificate of Service [Adversary Proceeding Docket No. 5] filed on November 17, 2021. As of the present date, the postal service has not returned the envelope containing the service documents to me as undeliverable.

8. As of December 22, 2021, more than thirty (30) days, plus an additional three (3) days for mailing, have expired after issuance of the Summons and service of the Summons and Adversary Complaint, and Defendant Oomph Mode, Inc. has failed to answer or otherwise respond. Plaintiff is therefore entitled to a Clerk's entry of Default against Defendant Oomph Mode, Inc..

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 22nd day of December, 2021.

/s/ Zachary E. Mazur
Zachary E. Mazur, Esq.

Sworn before me this
22nd day of December, 2021

/s/ Joseph E. Sarachek
Notary Public, State of New York, No. 02SA6335555
Westchester County, Commission Expires January 19, 2024