Mary A. Schott
Clerk of Court

Entered on Docket
December 27, 2021

Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN CENTOLA and OOMPH MODE, INC.<br><br>Defendant. | **ADVERSARY PROCEEDING**<br><br>Case No. BK-S-21-01226-ABL |

**ENTRY OF DEFAULT AGAINST OOMPH MODE, INC.**

It appearing from the files and records in the above-entitled action that Oomph Mode, Inc., Defendant herein, being duly served with a copy of the Summons and Complaint on November 16, 2021; that more than thirty (30) days, exclusive of the day of service, have passed since service upon the Defendant; that no Answer or other Appearance was filed; and no further time was granted;

Therefore, for failing to answer or otherwise plead, default is entered against the Defendant as authorized by Federal Rule of Civil Procedure, Rule 55(a), and Federal Rule of Bankruptcy Procedure 7055(a).

Dated this 22nd day of December, 2021.

The undersigned hereby requests
and directs the Entry of Default

*/s/ Zachary E. Mazur*

Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*
*Lenard E. Schwartzer, Chapter 7 Trustee*

###