Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN CENTOLA and OOMPH MODE, INC.<br><br>Defendant. | **ADVERSARY PROCEEDING**<br><br>Case No. BK-S-21-01226-ABL<br><br>**NOTICE OF ENTRY OF DEFAULT AS TO BRYAN CENTOLA** |

NOTICE IS HEREBY GIVEN that a Clerk's Entry of Default Against BRYAN CENTOLA was entered on December 27, 2021, a copy of which is attached hereto.

Dated this 3rd day of January, 2022.

*/s/ Zachary E. Mazur*
Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

# CERTIFICATE OF SERVICE

1. I caused to be served the following document(s):

   a. *Request for Entry of Default against Defendant Bryan Centola*; and

   b. *Affidavit of Zachary E. Mazur, Esq. In Support of the Request for Entry of Default Against Bryan Centola*;

   c. *Entry of Default Against Bryan Centola*; and

   d. *Notice of Entry of Default Against Bryan Centola*.

2. The above-named document(s) were served by the following means to the persons as listed below:

a. ■ **By ECF System (On 1/3/2022):**

ZACHARY E MAZUR on behalf of Plaintiff LENARD E SCHWARTZER

zachary@saracheklawfirm.com.

b. ■ **By United States mail, postage fully prepaid (On 1/3/2022)**:

BRYAN CENTOLA
471 CANYON VISTA DR
LOS ANGELES, CA 90065

☐ **By Personal Service:**

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

c. ☐ **By direct email (as opposed to through the ECF System)**:

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

d. ☐ **By fax transmission**:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used . A copy of the record of the fax transmission is attached.

e. ☐ **By messenger:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: January 3, 2022.

| | |
|---|---|
| Zachary E. Mazur | */s/ Zachary E. Mazur* |
| Name of Declarant | Signature of Declarant |