Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN CENTOLA and OOMPH MODE, INC.<br><br>Defendants. | **ADVERSARY PROCEEDING**<br><br>Case No. BK-S-21-01226-ABL |

**AFFIDAVIT OF MARC B. ROSS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST BRYAN CENTOLA and OOMPH MODE, INC.**

I, Marc B. Ross, under oath and under penalty of perjury declare as follows:

1. I am a Certified Public Accountant and Managing Director with the consulting firm HBM Management Associates, LLC, ("HBM") which maintains an office at 6 Elmwood Lane, Syosset, New York 11791.

2. HBM is primarily in the business of providing crisis management and turnaround services to distressed clients, including Debtors in Possession and Chapter 11 and Chapter 7 Trustees. As part of my job, I frequently work with Parties in Interest and other professionals to prosecute or defend Federal and State Avoidance Actions.

3. On April 26, 2021, this Court granted the Chapter 7 Trustee's "Application to Employ HBM Management Associates, LLC as Forensic Accountant and Financial Advisor" (the "Employment Order," [Lead Case, Dkt. no. 150]), approving the February 5, 2021 Retention Agreement (Ex. 1 to the order) between the Chapter 7 Trustee and HBM (the "Retention Agreement").

4. Pursuant to the Retention Agreement, I was charged with analyzing document production provided by the Securities and Exchange Commission to the Chapter 7 Trustee, Lenard Schwartzer, consisting of tens of thousands of pages of bank records of the Debtors, to ascertain inflows and outflows between the Debtors, on the one hand, and third-party transferees, on the other (the "Bank Records").

5. The Bank Records consisted of account statements, account opening documents, signature cards, wire transfers, deposit slips and copies of items deposited, checks, withdrawal slips and bank account transfers.

6. Subsequent to the Employment Order, I have spent roughly 375 hours to date tabulating and analyzing the Bank Records, identifying hundreds of third-party transferees, preparing an analysis detailing the activity in the over 30 bank accounts provided, and formulating individualized ledgers for each transferee (the "Ledgers") to show activity in the four years prior to the December 20, 2019 initial filing date (the "Avoidance Period") [Lead Case, Dkt. no. 1].

7. As part of my work, I produced a individualized ledgers to show transfers made between the Debtors and Defendants Bryan Centola and Oomph Mode, Inc. (the "Defendant Ledgers") during the Avoidance Period. True copies of the Defendant Ledgers are included as Exhibit "D" to the Adversary Complaint [Adversary Proceeding, Dkt. no. 1-4].

8. For each of the entries in the Ledgers, including the Defendant Ledgers, I have in my possession certified bank records evidencing the transaction, including check images, wire confirmations and bank statements.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 10th day of January 2022.

Marc B. Ross

Sworn before me this
10 day of January 2022

Notary Public

