Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN CENTOLA AND OOMPH MODE, INC.<br><br>Defendants. | **ADVERSARY PROCEEDING**<br><br>Case No. BK-S-21-01226-ABL<br><br>**NOTICE OF HEARING ON MOTION FOR DEFAULT JUDGMENT AGAINST BRYAN CENTOLA AND OOMPH MODE, INC.**<br><br>Date of Hearing: March 22, 2022<br>Time of Hearing: 10:00 a.m.<br>Place:[1] Foley Federal Building Bankruptcy<br>300 Las Vegas Blvd. South<br>Las Vegas, Nevada |

**NOTICE IS HEREBY GIVEN** that a MOTION FOR DEFAULT JUDGMENT AGAINST BRYAN CENTOLA AND OOMPH MODE, INC. (the "Motion") was filed on February 2, 2022 by Plaintiff Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above-captioned bankruptcy case, ("Trustee" or "Plaintiff"). The Motion seeks the entry of a default judgment in

[1] Pursuant to Administrative Order 2020-05, all hearings are currently being heard telephonically. More information and instructions on telephonic hearings in this District can be found at the website: www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation.

the amount of $20,000.00 against Bryan Centola (the "Centola Transfers") and in the amount of $35,405.98 against Oomph Mode, Inc. (the "Oomph Mode, Inc.", collectively with the Bryan Centola Transfers, the "Transfers").

A copy of the Motion, as well as other exhibits, are on file with the Clerk's Office of the United States Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 (the "Bankruptcy Court"). Copies of the Motion may also be obtained from counsel for the Trustee or through the Bankruptcy Court's website at www.nvb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

> If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> •The court may refuse to allow you to speak at the scheduled hearing; and
> •The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Las Vegas, Nevada at the date and time indicated above, however, as set forth above, pursuant to Administrative Order 2020-05, all hearings are currently being heard telephonically. More information and instructions on telephonic hearings in this District can be found at the website: www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation.

If you intend to participate in at this hearing, please continue to regularly check this District's website (www.nvb.uscourts.gov/news-rss/announcements) prior to the hearing for any Administrative Orders or updated instructions relating to the most recent hearing procedures.

Dated this 2nd day of February 2022.

*/s/ Zachary E. Mazur*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*
*Lenard E. Schwartzer, Trustee*

**CERTIFICATE OF SERVICE**

1. I caused to be served the following document(s):

   a. NOTICE OF HEARING ON MOTION FOR DEFAULT JUDGMENT AGAINST BRYAN CENTOLA AND OOMPH MODE, INC.

   b. MOTION FOR DEFAULT JUDGMENT AGAINST BRYAN CENTOLA AND OOMPH MODE, INC.

   c. AFFIDAVIT OF MARC B. ROSS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST BRYAN CENTOLA AND OOMPH MODE, INC.

2. The above-named document(s) were served by the following means to the persons as listed below:

a. ■ **By ECF System (On 2/2/2022):**

ZACHARY E MAZUR on behalf of Plaintiff LENARD E SCHWARTZER

zachary@saracheklawfirm.com.

b. ■ **By United States mail, postage fully prepaid (On 2/2/2022)**:

BRYAN CENTOLA
471 CANYON VISTA DR
LOS ANGELES, CA 90065

OOMPH MODE, INC.
8275 S EASTERN AVE, STE 200-100
LAS VEGAS, NV 89123

**c.** ☐ **By Personal Service:**

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of

suitable age and discretion residing there.

d. ☐ **By direct email (as opposed to through the ECF System)**:

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

e. ☐ **By fax transmission**:
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

f. ☐ **By messenger:**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the m essenger m ust be attached to this Certificate of Service)*.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: February 2, 2022.

| | |
|---|---|
| Zachary E. Mazur | */s/ Zachary E. Mazur* |
| Name of Declarant | Signature of Declarant |