Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN CENTOLA and OOMPH MODE, INC.<br><br>Defendants. | **ADVERSARY PROCEEDING**<br><br>Case No. 21-01226-ABL |

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

STATE OF NEW YORK )
) ss:
COUNTY OF WESTCHESTER )

I, Zachary E. Mazur, Esq., under oath and under penalty of perjury declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York.

1. On January 8, 2021, this Court granted my "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court." [Lead Case, Dkt. no. 134]. I am an attorney with Sarachek Law Firm, which was approved by this court to serve as Special Litigation Counsel for Lenard E. Schwartzer, Chapter 7 Trustee of the above-captioned bankruptcy matter. [Lead Case, Dkt. no. 112].

2. I have personal knowledge of the facts set forth herein.

3. On March 24, 2022 in the docket of the above-entitled Court action, Judgment was entered in favor of Lenard E. Schwartzer, Chapter 7 Trustee, as Judgment Creditor, and against Oomph Mode, Inc., as Judgment Debtor in the aggregate amount of $35,405.98 plus statutory interest from the date of entry of the Judgment.

4. I am attorney for said Judgment Creditor, and I hereby request issuance of a Writ of Execution of the Judgment using the form enclosed herein as **Exhibit 1**.

5. ACCRUED since the entry of Judgment are the following sums:

$0.00 accrued interest on attorney's fees and costs, computed at 0.0% per annum.

$0.00 accrued costs and fees.

$326.34 accrued interest from the date of entry of judgment (March 24, 2022).

6. The Judgment was not appealed or stayed, is valid and enforceable.

7. As of January 12, 2023, $0.00 of the Judgment has been satisfied and $36,058.66 of the Judgment remains due and owing.

I declare under penalty of perjury under the laws of Nevada and the United States that the foregoing is true and correct.

/s/ Zachary Mazur
Zachary E. Mazur, Esq.

Sworn before me this
12th day of January, 2023.

/s/ Paul J. Combe
Notary Public, State of New York, No. 01CO6433498
Westchester County, Commission Expires May 16, 2026